Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May
19, 2009








Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed May 19, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00390-CR

NO. 14-09-00391-CR

____________

 

IN RE EDWARD R. NEWSOME, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On April
24, 2009, relator, Edward R. Newsome, filed a petition for writ of mandamus in
this Court.  See Tex. Gov=t Code Ann '22.221 (Vernon 2004); see also
Tex. R. App. P. 52.1.  In his petition, relator complains that he is being
unlawfully confined on his conviction for unauthorized use of a motor vehicle
and seeks a new trial.  








Relator
seeks post-conviction habeas relief.  Although courts of appeals have
jurisdiction in criminal matters, only the Texas Court of Criminal Appeals has
jurisdiction over matters related to final post-conviction felony proceedings. 
Ater v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim. App.
1991) (orig. proceeding).  Therefore, we do not have jurisdiction in this
original proceeding.  

Accordingly,
relator=s petition for writ of mandamus is
ordered dismissed for lack of jurisdiction. 

 

PER
CURIAM

 

Panel consists of Justices Seymore,
Brown, and Sullivan. 

Do Not PublishCTex. R. App. P. 47.2(b).